# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WEI BEN CHEN

NO. 2025 KW 0752

**AUGUST 7, 2025**

---

In Re:    Wei Ben Chen, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, Nos.
          49976, 50013, 50014.

---

**BEFORE:    McCLENDON, C.J., MILLER AND GREENE, JJ.**

   **WRIT DENIED.**

                              PMC
                              HG

   **Miller, J.,** dissents.  Before and during a trial, a person
shall be bailable by sufficient surety, except when he is charged
with a capital offense and the proof is evident and the presumption
of guilt is great.  See La. Const. art. I, § 18(A); La. Code Crim.
P. art. 312(A).  Bail must be set according to the factors listed
in La. Code Crim. P. art. 316.  In this matter, the State agreed
to a $100,000 bond.  Although the court is not required to set
bail in the amount agreed upon by the State, I find that the
district court abused its discretion in refusing to set bail.
Accordingly, I would grant the writ for the sole purpose of
remanding this matter to the district court for the setting of
bail.

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
          FOR THE COURT